1  David J. McGlothlin, Esq. (SBN: 026059)
   david@westcoastlitigation.com
2  **HYDE & SWIGART**
   2633 E. Indian School Road, Suite 460
3  Phoenix, AZ 85016
   Telephone: (602) 265-3332
4  Facsimile: (602) 230-4482
5
   Ryan L. McBride, Esq. (SBN: 032001)
6  ryan@kazlg.com
   **KAZEROUNI LAW GROUP, APC**
7  2633 E. Indian School Road, Suite 460
   Phoenix, AZ 85016
8  Telephone: (800) 400-6808
   Facsimile: (800) 520-5523
9

10
   *Attorneys for Plaintiff,*
11 Bridget Ann Kaus

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bridget Ann Kaus,<br><br>                    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.,<br><br>                    Defendants. | Case No.: 2:15-cv-02046-JAT<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

//

//

//

1  PLEASE TAKE NOTICE that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate to dismiss Experian from this action, with prejudice, with each party to bear their own attorney's fees and costs. All parties have now been dismissed and this matter should be closed.

Dated: January 20, 2017

**HYDE & SWIGART**

By: s/ David J. McGlothlin
David J. McGlothlin
*Attorney for Plaintiff*

Dated: January 20, 2017

**JONES DAY**

By: s/ Jennifer Sun
Jennifer Sun
*Attorney for Defendant*
Experian Information Solutions